UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-80111-CR-HURLEY

**UNITED STATES OF AMERICA,**
  Plaintiff,

v.

**JACOB WHITE,**
  Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATIONS

**THIS CAUSE** comes before the court upon written report from the United States Probation Office that the above named defendant violated the conditions of supervision and upon the Report and Recommendations of a United States Magistrate Judge, [DE 45], dated August 15, 2014. Upon consideration, it is

**ORDERED** and **ADJUDGED** that:

1. The Magistrate Judge's Report and Recommendations are **adopted**.

2. A sentencing hearing will set by separate notice.

**DONE** and **SIGNED** in Chambers at West Palm Beach, Florida this 25th day of August, 2014.

**copy furnished:**
AUSA Robert H. Waters, Jr.
AFPD Robin C. Rosen-Evans
United States Marshal's Service
United States Probation Office

Daniel T. K. Hurley
United States District Judge